## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| COST PLUS WORLD MARKET, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Case No.: 10-00117 |

## COMPLAINT FOR DAMAGES

Plaintiff, Cost Plus World Market ["Cost Plus"] by its undersigned attorney, sues the United States ["government"], and, state as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1581(i) as it relates to the proper administration and enforcement of an international trade law.

2. Since July 29, 2007 Cost Plus has imported products from the European Communities for which the U.S. Customs and Border Protection ["Customs"] has required the payment of 100% Customs duties.

3. On July 27, 1999 the Office of the U. S. Trade Representative ["USTR"] published a notice in the Federal Register imposing 100 per cent ad valorem duties on certain articles.

4. This notice was precipitated, *inter alia*, by the European Communities ban on imports of U. S. meat from animals treated with certain hormones.

5.  Thereafter, the U. S. Customs Service issued a directive to its field operations entitled "Imposition of 'Beef Hormone Regime' Sanctions on Certain Member Countries of the European Communities." ["List"]

6.  This directive, *inter alia*, established various HTSUS subheadings requiring Cost Plus to pay these 100% Customs duties on these imported products.

7.  As of the date of the filing of this complaint Customs continues to collect these 100% duties on Cost Plus' imported products.

8.  The provisions of 19 U.S.C. §2417(c)(1)(B) provides for the automatic termination of an action taken under section 301 where no request has been made for the continuation of the action by a representative of the domestic industry who was the intended beneficiary of the action.

9.  Previously a court determined that the List had not terminated by operation of law on July 29, 2003 because the USTR had received timely requests from the representatives of the domestic industry to extend the List for another four (4) years. See, Gilda Industries v. United States, 353 F. Supp. 2d 1364 (USCIT 2004); affirmed in part, remanded in part by Gilda Industries, Inc. v. United States, 446 F. 3d 1271 (CAFC 2006).

10.  This List was next set to be terminated by operation of law on July 29, 2007.

11.  Pursuant to a Freedom of Information Act request, 5 U.S.C. §552, the USTR responded that they had no documents that the USTR had requested letters from the domestic industry to extend the List and that no representative from the domestic industry

submitted written requests to the USTR to extend the List.

## COUNT I

Paragraphs 1-11 are realleged.

12. Pursuant to 19 U.S.C. §2417(c)(1)(B) the List was terminated by operation of law on or about July 29, 2007. See, <u>Gilda Industries, Inc. v. United States</u>, 645 F. Supp. 2d 1296 (USCIT 2009).

13. Because the List has been terminated, Customs has had no legal authority to collect 100% duties from Cost Plus on its imports from the European Communities since on or about July 29, 2007.

WHEREFORE, Cost Plus respectfully requests the Court to make a finding that the List terminated on or about July 29, 2007; and, that

1. Customs has had no legal authority to collect 100% duties on Newport's imports from the European Communities since on or about July 29, 2007;

2 To issue an order requiring Customs to refund any and all of the 100% duties collected on Cost Plus' imports from the European Communities since on or about July 29, 2007 with interest and for any 100% duties collected on Cost Plus' imports collected after the filing of this complaint with interest.

                                      Respectfully submitted,

                                      s/Peter S. Herrick
                                      Peter S. Herrick
                                      Peter S. Herrick, P.A.

                        Attorney for Plaintiff
                        Cost Plus World Market
                        3520 Crystal View Court
                        Miami, FL 33133
                        Tel. 305-858-2332
                        Fax. 305-858-6347
                        Email. pherrick@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and mailed to Attorney in Charge, Commercial Litigation Branch, Civil Division, Department of Justice, 26 Federal Plaza, New York, NY 10278, attorney for defendant, on April 6, 2010.

                        s/Peter S. Herrick